**Order entered November 12, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00704-CR

### MARK DAVID SMITH, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F11-11101-Y**

## ORDER

The Court **REINSTATES** the appeal.

On August 27, 2013, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On November 8, 2013, we received the reporter's record. Accordingly, in the interest of expediting the appeal, we **VACATE** the August 27, 2013 order requiring findings.

We **ORDER** appellant to file his brief within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Dan Wyde and the Dallas County District Attorney's Office.

/s/    LANA MYERS
       JUSTICE